IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| KAMILLE D. JONES ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:21-cv-2606 |
| -v- ) | |
| ) | |
| BLAIR WELLNESS CENTER, LLC, et al. ) | |
| ) | |
| *Defendants.* ) | |

---

Dear Clerk of Court:

Please find attached the affidavits indicating the summonses issued for Defendants Blair Wellness Center and Matthew Blair were returned unexecuted on December 23, 2021 after three unsuccessful personal service attempts on December 15, 16, and 18th, respectively.

Respectfully Submitted,

Date: <u>January 10, 2022</u>     /s/Lindsey J. Parker, Esq.  Bar #21776
725 Ponca Street
Baltimore, MD 21224
(443) 345-8388 *direct*
(443) 335-8258 *fax*
Lindsey.parker@pm.me
*Attorney for Plaintiff*