AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-2606

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>BLAIR WELLNESS CENTER, LLC c/o Matthew Blair, Resident Agent</u> was received by me on *(date)* <u>Dec 15, 2021, 9:55 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>Unable to make contact with anyone at the residence on all 3 attempts. Please see the additional information regarding attempted service below for more details</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 12/23/20201

*Server's signature*

Rodney Getlan

*Printed name and title*

1133 13th Street NW, Suite C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Dec 15, 2021, 8:48 pm EST at 15 Deep Dale Dr, Lutherville Timonium, MD 21093
Attempt made, not served. No answer or movement inside. I left a door tag.

2) Unsuccessful Attempt: Dec 16, 2021, 8:07 am EST at 15 Deep Dale Dr, Lutherville Timonium, MD 21093
Attempt made, not served. No answer or movement inside. The door tag from last night was still posted on the door.

3) Unsuccessful Attempt: Dec 18, 2021, 3:01 pm EST at 15 Deep Dale Dr, Lutherville Timonium, MD 21093
There was no answer again at the property. There were no cars in the driveway as before. The door tag I left on my first attempt was removed so I replaced it with a new one.