**One Source Process, LLC**
1133 13th Street NW, Suite C4
Washington, DC 20005

INVOICE: 6461211
Issued: Dec 15, 2021
Sent to: Lindsey Parker



**Lindsey Parker**
Lindsey Parker
725 Ponca St
Baltimore, MD 21224

PAY TO:
**One Source Process, LLC**
1133 13th Street NW, Suite C4
Washington, DC 20005

| Case: | 1:21-cv-2606 | **Plaintiff / Petitioner:** | KAMILLE D. JONES |
|---|---|---|---|
| Job: | 6461211 | **Defendant / Respondent:** | BLAIR WELLNESS CENTER, LLC and MATTHEW EDWARD BLAIR |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ADDITIONAL DOCUMENT FEE | BLAIR WELLNESS CENTER, LLC c/o Matthew Blair, Resident Agent<br>15 Deep Dale Dr<br>Lutherville Timonium, MD 21093 | $25.00 | 1 | $25.00 |
| RUSH FEE | 3 ATTEMPTS OVER A THREE DAY PERIOD | $25.00 | 1 | $25.00 |
| SERVICE FEE: PRO SE | MATTHEW EDWARD BLAIR<br>15 Deep Dale Dr<br>Lutherville Timonium, MD 21093 | $85.00 | 1 | $85.00 |

| Payment | Description | Amount Paid |
|---|---|---|

| Dec 15, 2021 | You received a Card payment for $137.99 USD from Lindsey Parker. | ($135.00) |
|---|---|---|
| | Payment ID | |
| | 590phus4xyfhlpcpu06nbt6k | |
| | Payment Amount | |
| | Subtotal : $135.00 USD<br>Fee : $2.99 USD<br>Total : $137.99 USD | |
| | Payment Method | |
| | Card (3567) | |
| | Payment Date | |
| | 15-Dec-2021<br>Invoice::<br>6461211 | |
| | Payor Information | |
| | Lindsey Parker<br>lindsey.parker@pm.me<br>725 Ponca Street<br>Baltimore MD 21224<br>USA<br>Business Information | |
| | One Source Process<br>danny.koo@onesourceprocess.com<br>1133 13th Street NW Suite C4<br>Washington DC 20005<br>USA | |

| | |
|---|---|
| **For Account Holders**<br>Please submit payment to our office via check within 30 days.<br><br>**For Non-Account Holders**<br>Non-Account Holders - Pre-payment is required. Please pay the Balance Due using this emailed electronic invoice and by clicking the link below. Service will begin as soon as your balance is paid. Please note: eCheck payments do not incur any fees and credit card payments incur a 1.99% + $.30 processing fee. Pay invoice here:<br>https://onesourceprocess-portal.paystand.com/onesourceprocess<br><br>***All cancellations will incur a 10% processing fee. | Total:         $135.00<br>Amount Paid:   ($135.00)<br>**Balance Due:**       **$0.00** |

One Source Process, LLC  •  1133 13th Street NW, Suite C4, Washington, DC 20005

Call: 800-668-5448  •  Email: info@onesourceprocess.com  •  Visit: www.onesourceprocess.com