IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| KAMILLE D. JONES ) | |
| ) | |
| *Plaintiff,* ) | Case No. 1:21-cv-2606 |
| -v- ) | |
| ) | |
| BLAIR WELLNESS CENTER, LLC, et al. ) | |
| ) | |
| *Defendants.* ) | |

---

## REQUEST TO REISSUE SUMMONSES

Dear Clerk of Court:

Plaintiff Kamille Jones, through undersigned counsel, filed her Complaint for Unlawful Employment Practices on October 12, 2021, and summonses were issued for Defendants Blair Wellness Center, LLC and Matthew Blair that same day. Earlier today, on January 10, 2022, undersigned counsel filed affidavits indicating the summonses issued for both Defendants were returned unexecuted on December 23, 2021 after three unsuccessful personal service attempts on December 15, 16, and 18th, respectively. Per information obtained through SDAT, Mr. Blair is the registered agent for Blair Wellness Center, LLC, and service was attempted at the registered agent's address as listed with SDAT. (See Attachment 1.) Undersigned counsel has also been unsuccessful in their attempts to reach Mr. Blair by telephone.

Plaintiff humbly requests this Court reissue the summonses for Defendants Blair Wellness Center, LLC and Matthew Blair so that service of the Complaint may be effected as quickly as possible.

- 2 -

                                                                      Respectfully Submitted,

Date:  January 10, 2022                         /s/Lindsey J. Parker, Esq.  Bar #21776
                                                                     725 Ponca Street
                                                                     Baltimore, MD 21224
                                                                     (443) 345-8388 *direct*
                                                                     (443) 335-8258 *fax*
                                                                     Lindsey.parker@pm.me
                                                                     *Attorney for Plaintiff*