# BLAIR WELLNESS CENTER, LLC: W16862393

**Department ID Number:**
W16862393

**Business Name:**
BLAIR WELLNESS CENTER, LLC

**Principal Office:**
5806 YORK ROAD
BALTIMORE MD 21212

**Resident Agent:**
MATTHEW BLAIR
15 DEEP DALE DRIVE
TIMONIUM MD 21093

**Status:**
ACTIVE

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
DOMESTIC LLC

**Business Code:**
20 ENTITIES OTHER THAN CORPORATIONS

**Date of Formation/ Registration:**
11/05/2015

**State of Formation:**
MD

**Stock Status:**
N/A

**Close Status:**
N/A