**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| KAMILLE D. JONES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BLAIR WELLNESS CENTER, LLC, *et al.* )<br>)<br>Defendants. )<br>_____ )<br>)<br>BLAIR WELLNESS CENTER, LLC, *et al.* )<br>)<br>Counter-Plaintiffs, )<br>)<br>v. )<br>)<br>KAMILLE D. JONES )<br>)<br>Counter-Defendant. )<br>_____ ) | Civil Action No. 1:21-cv-02606-ADC |

**DECLARATION OF MATTHEW BLAIR**

I, Matthew Blair, do hereby declare, pursuant to 28 U.S.C. § 1749, as follows:

1. I am over eighteen (18) years of age, competent to testify and have personal knowledge of the matters set forth herein.

2. The Maryland State Department of Assessments and Taxation ("SDAT") records for a real property search of 5806 York Road, Baltimore City, MD are attached hereto as **Exhibit A**.

3. The August 1, 2017 Commercial Lease Agreement between Blair Management and Blair Commercial Properties, LLC is attached hereto as **Exhibit B**.

4. On September 15, 2018, Blair Medical, LLC submitted a request to the Maryland Medical Cannabis Commission ("MMCC"), seeking approval to transfer ownership interests in Blair Medical, LLC from me to my spouse, Elvira Torinese Blair ("Mrs. Blair").

5. The aforementioned request to transfer ownership was denied by the MMCC on September 26, 2018.

6. On October 10, 2018, I submitted a revised request to transfer ownership interests in Blair Medical, LLC with further clarification, which is attached hereto as **Exhibit C**.

7. At the time this revised request was submitted, the MMCC regulations regarding transfer of ownership provided that a request was approved if the MMCC "does not object to the transfer or assignment within 45 days of its receipt of notice[.]" *See* prior version of COMAR 10.62.19.07, attached thereto as **Exhibit D**.

8. The MMCC did not object to the revised request to transfer ownership within 45 days, and rather cashed the check submitted with Blair Medical, LLC's request on January 15, 2019.

9. Thus, at all times since January 15, 2019, Mrs. Blair has been reported to the MMCC as the owner of Blair Medical, LLC.

10. I was indicted on federal criminal charges on August 29, 2019.

11. All charges in this criminal indictment – with the exception of one count concerning payment of commissions to an independent contractor engaged by Blair Pharmacy, Inc. – have been dropped by the Federal Government.

12. I pled guilty to the single remaining count in the federal indictment, which has no bearing on my ability to participate in business regulated by the MMCC and which is currently subject to collateral challenge on constitutional free speech and equal protection grounds.

13. A photocopy of Mrs. Blair's dispensary agent badge for Blair Wellness Center, LLC is attached hereto as **Exhibit E.**

14. A copy of the June 1, 2021 Assignment of Assets between Blair Medical, LLC and Mrs. Blair is attached hereto as **Exhibit F**.

15. A copy of the August 14, 2022 certificate of good standing for Blair Medical, LLC is attached hereto as **Exhibit G**.

16. A copy of a "Cease and Desist" Letter I received on or about June 2, 2021 from Lindsey Parker, Esq. is attached hereto as **Exhibit H**.

17. All exhibits to the present declaration are true and accurate copies of what they purport to be.

I hereby swear and affirm, under the penalty of perjury, that the forgoing statements are true and correct.

_____
Matthew Blair