# Exhibit A

Real Property Data Search ( )
Search Result for BALTIMORE CITY

View GroundRent Redemption | View GroundRent Registration

**Special Tax Recapture:** None

| | |
|---|---|
| **Account Identifier:** | Ward - 27 Section - 64 Block - 5099 Lot - 004 |

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | BLAIR COMMERCIAL PROPERTIES LLC | **Use:** | COMMERCIAL |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 1515 DEEP DALE DR<br>LUTHERVILLE MD 21093-0000 | **Deed Reference:** | /19185/ 0456 |

### Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 5806 YORK ROAD<br>BALTIMORE 21212-3607 | **Legal Description:** | 60X227-5 |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 0027 | 0000 | 0000 | 27000.03 | 0000 | 64 | 5099 | 004 | 2022 | Plat Ref: |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1945 | 6,000 SF | | 12,073 SF | 64110 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | OFFICE BUILDING | / | C3 | | | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of<br>01/01/2022 | As of<br>07/01/2022 | As of<br>07/01/2023 |
| Land: | 120,700 | 120,700 | | |
| Improvements | 383,700 | 385,800 | | |
| Total: | 504,400 | 506,500 | 505,100 | 505,800 |
| Preferential Land: | 0 | 0 | | |

### Transfer Information

| | | |
|---|---|---|
| **Seller:** 5806 YORK ROAD LIMITED | **Date:** 05/31/2017 | **Price:** $500,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** MB /19185/ 0456 | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |

### Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2022 | 07/01/2023 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

### Homestead Application Information

**Homestead Application Status:** No Application

### Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application       **Date:**