# Exhibit C

BLAIR WELLNESS CENTER, LLC
5806 York Road
Baltimore, Maryland 21212

October 10, 2018

Joy A. Strand, MHA
Executive Director
Maryland Medical Cannabis Commission
849 International Drive
Suite 450
Linthicum, MD 21090

Dear Ms. Strand,

On September 15, 2018, I wrote to advise the Maryland Medical Cannabis Commission (the "Commission") of my intent in accordance with the provisions of COMAR 10.62.19.07 to transfer more than 5% of the membership interests in Blair Wellness Center, LLC ("BWC") to my wife, Elvira Torinese Blair. On September 26, 2018, you wrote to me to advise that the Commission objected to this transfer pursuant to the provisions of Maryland Annotated Code, Health – General, section 13-3311.1 which states:

> "....the holder of a medical cannabis grower, processor, or dispensary license may sell or transfer ownership of the license if the licensee was physically and actively engaged in the cultivation, processing, or dispensing of medical cannabis for at least 2 years before selling or transferring ownership of the license."

You advised me to address any questions regarding the Commission's objection to Will Tilburg.

On September 27, 2018, I wrote to Mr. Tillburg with several questions and clarifications concerning BWC's request. First, I noted that BWC was not requesting a transfer in the ownership of its license. Second, I corrected a misimpression I may have created in my original request in that BWC was not requesting a change in its membership structure. As set forth in BWC's stage 2 application, BWC's membership interests are held by Blair Medical, LLC. What was intended by my letter was to notify the Commission of an intention to transfer in excess of 5% of the membership interests in Blair Medical, LLC to my wife. I then addressed a series of questions to Mr. Tillburg which you indicated to me on October 3, 2018 were being carefully considered by the Commission.

In view of the above and the confusion that may have been engendered by the first notice to the Commission, I have been advised by counsel to resubmit my notification to the Commission. Therefore, please accept this letter as a formal notification to the Commission of

the intention of Blair Medical, LLC, as the owner of 100% of the membership interests in BWC, to transfer more than 5% of those membership interests to Ella Torinese Blair, wife of Matthew E. Blair, and active participant in the management of the business of BWC. The transfer is proposed to occur by spousal gift and without consideration.

BWC does not seek to transfer its license the ownership of which shall remain in BWC, or to transfer any of the ownership of BWC, 100% of which shall remain in Blair Medical, LLC. To the extent that COMAR 10.62.19.07 applies to this transaction, the undersigned seeks approval of the transaction. Relevant criminal background and financial information relating to Ella Torinese Blair has previously been provided, and the undersigned is prepared to pay any required fee associated with this transaction.

Thank you for your consideration.

Very Truly Yours,
BLAIR MEDICAL, LLC

By: _____
Matthew E. Blair, Authorized Member