# Exhibit D

Code of Maryland Regulations
  Title 10. Maryland Department of Health
    Subtitle 62. Natalie M. Laprade Medical Cannabis Commission
      Chapter 19. Medical Cannabis Processor License (Refs & Annos)

This section has been updated. Click here for the updated version.

COMAR 10.62.19.07

.07 Change of Ownership of License.

A. No interest of 5 percent or more of a license issued pursuant to this chapter shall be assignable or transferable unless:

(1) The Commission has received notice in a manner determined by the Commission of the intent of the owner of the interest, or of the estate of the owner of the interest, to transfer or assign an interest in a license to another party;

(2) The transferee has had forwarded the criminal history record information and audited financial statement to the Commission of the transferee;

(3) The Commission does not object to the transfer or assignment within 45 days of its receipt of notice; and

(4) The transferee has paid the required fee specified in COMAR 10.62.35.

B. The Commission may deny transfer of an interest in a license if, for any proposed transferee:

(1) The criminal history record information or the background investigation demonstrate an absence of good moral character; or

(2) The payment of taxes due in any jurisdiction is in arrears.

**Credits**
Adopted Sept. 14, 2015.

COMAR 10.62.19.07, MD ADC 10.62.19.07

---

**End of Document**            © 2022 Thomson Reuters. No claim to original U.S. Government Works.