# Exhibit F

**Exhibit F**

## ASSIGNMENT OF ASSETS

THIS ASSIGNMENT OF ASSETS, is made this ___ day of June, 2021, by and between Ella Torinese Blair, an individual of the State of Maryland, Assignor, and Blair Medical, LLC, a limited liability company of the State of Maryland, Assignee.

WITNESSETH THAT:

WHEREAS, the Assignor was the sole Member of Blair Medical, LLC, a limited liability company of the State of Maryland formed on May 5, 2017 which forfeited its charter on October 16, 2020 for failure to file personal property tax returns; and,

WHEREAS, in accordance with the provisions of Maryland Code Annot., Corporations and Associations, sec. 4A-906, on the termination of a Maryland limited liability company, assets of the Company shall be distributed to members after satisfaction of all liabilities; and,

WHEREAS, in order to stay in compliance with the organizational structure and ownership represented to the Maryland Medical Cannabis Commission with respect to Blair Wellness Center, LLC, (BWC) it is deemed desirable to revitalize the existence of Blair Medical, LLC with a new organizational filing with the Maryland State Department of Assessments and Taxation and assign the assets of the forfeited entity to the newly formed company.

NOW THEREFORE, in consideration of the premises, the mutual promises herein contained, and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged by the parties hereto, it is agreed as follows:

Assignor does hereby assign, set over and transfer in their entirety, (and Assignee hereby accepts assignment to) all of the assets of Blair Medical, LLC (Maryland State Department of Assessments and Taxation No. W17986738) to Blair Medical, LLC (Maryland State Department of Assessments and Taxation No. W21900410) including the ownership interests in BWC.

WITNESS:

_____          _____
Alexander [illegible]                            Elvira Torinese Blair

_____          _____
Norma Buckler                                   Matthew E. Blair