# Exhibit H

| | | |
|---|---|---|
| Charles E. Walton, Esq.<br>Admitted in MD & DC<br>Karen DeFrantz, Esq.<br>Admitted in IN & TN only<br>James L. Brinkley, II, Esq.<br>Admitted in NY only<br>Mekebib T. Solomon, Esq.<br>Admitted in MO only | James K. Davis, Esq.<br>Admitted in MD & DC<br><br>WALTON LAW GROUP, LLC<br> | Robert Grantley, Esq.<br>Admitted in MD & DC<br>Hon. Michael C. McGoings, Sr.<br>Admitted in MD & DC (Retired)<br>Nathaniel Baccus, III, Esq.<br>Admitted in DC, VA & MA<br>Lindsey J. Parker, Esq.<br>Admitted in MD |

Wednesday, June 2, 2021
**Appeal No. 2106914**

To: Blair Management LLC
Attn: Matthew Blair
5806 York Road
Baltimore, MD 21212-3607

CC: Maryland Department of Labor
Board of Appeals
1100 North Eutaw Street, Room 515
Baltimore, MD 21201

## CEASE AND DESIST

This office represents Ms. Kamille Jones in the above-referenced unemployment dispute before the Maryland Department of Labor Board of Appeals (Appeal No. 2106914). This letter serves as notice requiring you to **immediately cease and desist all unwarranted and harassing communications directed towards Ms. Jones**. We further insist that any and all further attempts at communication with Ms. Jones be directed to her below-signed attorney.

On Friday, May 28, 2021 you received Ms. Jones's Notice of Appeal. As Ms. Jones's named-representative in this matter, I received the same Notice, which stated, in part:

> **All further filings, pleadings or other correspondence concerning this case must be addressed to this office, and a copy must be sent by you to the opposing party and/or their representative.**

Despite these clear instructions, on Saturday, May 29, 2021, you sent a lengthy email to Ms. Jones directly wherein you reference her unemployment appeal as "slander" on multiple occasions, and threaten "further civil litigation against [her] and [her] co-conspirators," should she continue with her appeal action.

Per the Board's stated requirements, this email was grossly inappropriate, as evidenced by the fact that you intentionally circumvented Ms. Jones's counsel and failed to provide a copy of the correspondence to the Board of Appeals as required. I have attached a copy of the email you sent to Ms. Jones and provided said email to the Board of Appeals for their review.

To reiterate—any further attempts to communicate with Ms. Jones **must** be directed to **Lindsey J. Parker, Esq. and/or the Walton Law Group**. You **must not** attempt to communicate with Ms. Jones directly in any manner, whether by email, phone, text message, etc. in connection with this employment dispute. Any further direct communication with Ms. Jones will be considered harassment and will be dealt with accordingly.

Your prompt attention to this matter is appreciated.

Sincerely,

Lindsey J. Parker
Associate Attorney | Walton Law Group, LLC

*Copies sent via email to blairwellnesscenter@gmail.com and by certified mail to 5806 York Road, Baltimore, MD 21212-3607*

10905 Ft Washington, Rd. Ste 201, Ft Washington, MD 20744 | phone: 301-292-8357 | fax: 301-292-9439 | cwalton@cwaltonlaw.com