IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KAMILLE D. JONES,                         *
                    Plaintiff,            *
            vs.                           *        Civil Action No. ADC-21-2606
BLAIR WELLNESS CENTER, LLC et al.,        *
                    Defendants.           *
                                          *
                                          *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In accordance with the accompanying Memorandum Opinion, it is this 1st day of

September, 2022, by the United States District Court for the District of Maryland, **ORDERED** as

follows:

1.  Defendants' Motion to Dismiss the Amended Complaint, or in the Alternative, Motion for

Summary Judgment (ECF No. 51), construed as a motion to dismiss, is hereby **GRANTED IN**

**PART** and **DENIED IN PART**;

     a.  Counts I and II alleging race discrimination and retaliation against Blair Wellness

        are DISMISSED WITH PREJUDICE;

     b.  Counts I and II alleging race discrimination and retaliation against Mr. Blair are

        DISMISSED WITH PREJUDICE;

     c.  Defendants' motion to dismiss Counts I and II alleging race discrimination and

        retaliation against Blair Management is DENIED; and

2.  The Clerk shall transmit copies of the foregoing Memorandum Opinion and Order to

counsel of record.

A. David Copperthite
United States Magistrate Judge