IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KAMILLE D. JONES,                )<br>                                                  )<br>         Plaintiff,                         )<br>v.                                               )<br>                                                  )<br>BLAIR WELLNESS CENTER, LLC, *et al.* )<br>                                                  )<br>         Defendants.                    )<br>_____)<br>                                                  )<br>BLAIR WELLNESS CENTER, LLC, *et al.* )<br>                                                  )<br>         Counter-Plaintiffs,          )<br>                                                  )<br>v.                                               )<br>                                                  )<br>KAMILLE D. JONES                 )<br>                                                  )<br>         Counter-Defendant.         )<br>_____) | Civil Action No. 1:21-cv-02606-ADC |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Defendants/Counter-Plaintiffs Blair Wellness Center, LLC, Matthew Edward Blair and Blair Management, LLC ("Defendants"), and Plaintiff/Counter-Defendant Kamille D. Jones ("Plaintiff") (collectively, "the parties") move to extend the deadline for completion of discovery and submission of the post-discovery status report. In support thereof, the parties state as follows:

1. Discovery is scheduled to conclude on September 26, 2022, at which time the parties are required to submit a post-discovery status report addressing the items set forth in the Court's Scheduling Order, ECF No. 35-1.

2.  The parties have exchanged documents requests, interrogatories and requests for admissions since issuance of the Court's Scheduling Order on May 12, 2022, and Defendants have served several third-party subpoenas.

3.  However, the protracted briefing on motions to dismiss and amended pleadings have continued throughout discovery in this matter.  *See, e.g.,* ECF No.'s 38-59.  As a result, the claims, defenses and parties properly before the Court and subject to discovery were unsettled throughout much of the discovery period, and the parties dedicated substantial time and resources to briefing the aforementioned pleading issues.

4.  Since the Court's recent ruling on Defendants' Partial Motion to Dismiss the Amended Complaint on September 1, 2022, ECF No.'s 58 and 59, the parties have sought to schedule the depositions of Plaintiff and the third-party witnesses identified in Plaintiff's revised Answers to Interrogatories, served on September 5, 2022.

5.  Given the limited availability of Plaintiff and her counsel – as well as the fact that Plaintiff has recently identified ten (10) third party witnesses with knowledge of her claims – the parties do not have sufficient time to conduct the necessary depositions and complete discovery by the deadline of September 26, 2022.

6.  The parties therefore respectfully request an extension of the deadline for completion of discovery and submission of the post-discovery status report to and including December 12, 2022, as well as a corresponding extension of all post-discovery deadlines.

7.  The parties anticipate that they will be able to complete all necessary discovery, including depositions, by December 12, 2022, and will not request an additional extension of the discovery deadline absent unforeseen circumstances.

8. WHEREFORE, the parties respectfully request that the Court enter the attached Order, extending the deadline for completion of discovery and submission of the post-discovery status report.

Date: September 21, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael E. Blumenfeld
　　　　　　　　　　　　　　　　　　　　Michael E. Blumenfeld (Fed. Bar No. 25062)
　　　　　　　　　　　　　　　　　　　　Jeffrey T. Johnson (Fed. Bar No. 19876)
　　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough, LLP
　　　　　　　　　　　　　　　　　　　　100 S. Charles Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21201
　　　　　　　　　　　　　　　　　　　　Tel: 443-392-9402
　　　　　　　　　　　　　　　　　　　　Fax: 443-392-9499
　　　　　　　　　　　　　　　　　　　　Michael.Blumenfeld@nelsonmullins.com
　　　　　　　　　　　　　　　　　　　　Jeffrey.Johnson@nelsonmullins.com

　　　　　　　　　　　　　　　　　　　　**Counsel for Defendants/Counter-Plaintiffs**


　　　　　　　　　　　　　　　　　　　　/s/ (with permission)
　　　　　　　　　　　　　　　　　　　　Lindsey J. Parker (Bar No. 21776)
　　　　　　　　　　　　　　　　　　　　725 Ponca Street
　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21224
　　　　　　　　　　　　　　　　　　　　Tel: (443) 345-8388
　　　　　　　　　　　　　　　　　　　　Fax: (443) 335-8258
　　　　　　　　　　　　　　　　　　　　Lindsey.parker@pm.me

　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff/Counter-Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of September, 2022, a copy of the foregoing Joint Motion to Extend Discovery Deadline was served via the Court's ECF system on:

>Lindsey J. Parker (Bar No. 21776)
>725 Ponca Street
>Baltimore, MD 21224
>Tel: (443) 345-8388
>Fax: (443) 335-8258
>Lindsey.parker@pm.me
>
>***Counsel for Plaintiff/Counter-Defendant***

>*/s/ Jeffrey T. Johnson*
>Jeffrey T. Johnson