IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KAMILLE D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:21-cv-02606-ADC |
| ) | |
| BLAIR WELLNESS CENTER, LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| BLAIR WELLNESS CENTER, LLC, et al. ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| KAMILLE D. JONES ) | |
| ) | |
| Counter-Defendant. ) | |
| _____ ) | |

## ~~PROPOSED~~ ORDER

UPON review and consideration of the Joint Motion to Extend Discovery Deadline, it is this _22nd_ day of _September_, ordered that:

**ORDERED,** the Joint Motion to Extend Discovery Deadline is **GRANTED;** and it is further

**ORDERED,** that the deadline for completion of discovery and submission of the post-discovery status report shall be December 12, 2022; and it is further

**ORDERED,** that the deadline for Requests for Admission shall be December 19, 2022; and it is further

Case 1:21-cv-02606-ADC Document 62 Filed 09/22/22 Page 2 of 2

**ORDERED,** that the deadline for submission of dispositive pretrial motions shall be January 17, 2022.

IT IS SO ORDERED.

_____
The Honorable A. David Copperthite
United States District Court
for the District of Maryland