### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCChambers@mdd.uscourts.gov

December 5, 2022

TO COUNSEL OF RECORD

Re: *Jones v. Blair Wellness Center, LLC, et al.*
Civil No. ADC-21-2606

Dear Counsel:

On September 15, 2022, Defendants filed an Answer and Counter-Complaint asserting claims of Malicious Use of Process, Defamation, and Conversion. ECF No. 60. Under Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiff/Counter-Defendant had "21 days after being served with the pleading that states the counterclaim or crossclaim" to "serve an answer." Plaintiff subsequently filed a Motion to Dismiss the counterclaims in the early morning of October 7, 2022, 22 days after being served with the Counter-Complaint. ECF No. 64. In their October 21, 2022 response to the Motion to Dismiss, Defendants/Counter-Plaintiffs requested that this Court "deny Plaintiff's Motion to Dismiss as untimely or grant such other and further relief as the Court deems appropriate." ECF No. 66 at 4.

Federal Rule of Civil Procedure 6(b) sets forth this Court's ability to extend filing deadlines. The Rule provides:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
   (a) with *or without* motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
   (b) *on motion made* after the time has expired if the party failed to act because of excusable negligence.

(Emphasis added). As such, this Court cannot retroactively extend a deadline without a properly filed motion. Here, Plaintiff has not, in reply or by separate motion, explained why the filing deadline was missed. Accordingly, to assist the Court in ruling on her motion, Plaintiff is ORDERED to respond to Defendants' timeliness argument within 14 days.

Despite its informal nature, this is an ORDER of the Court and will be docketed accordingly.

Very truly yours,

A. David Copperthite
United States Magistrate Judge