IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| KAMILLE D. JONES | * |  |
| Plaintiff, | * | Civil Case No. 1:21-cv-02606-ADC |
| vs. | * |  |
| BLAIR WELLNESS CENTER, *et al*. | * |  |
| Defendants. | * |  |
|  | * |  |

### PLAINTIFF'S MOTION TO QUASH NON-PARTY SUBPOENAS AND STRIKE NOTICES OF DEPOSITION

**COMES NOW**, Plaintiff Kamille Jones, by and through undersigned counsel, pursuant to Fed.R.Civ.P. 7, 34, and 45, and moves this Court for an order quashing Defendants', Blair Wellness Center, LLC ("Blair Wellness"), Blair Management, LLC ("Blair Management"), and Matthew Blair (collectively, "Defendants"), non-party (3) subpoenas and striking Defendants' Notice of Deposition to Plaintiff and Notices of Depositions *Duces Tecum* to non-parties, cancelling the depositions noted therein.

As grounds for this Motion, Plaintiff states that Defendants' Subpoenas and Notices of Deposition fail to comply with Rules 34 and 45, Fed.R.Civ.P., and this Court's Local Rules. The supporting grounds are more fully set forth in the accompanying Memorandum attached hereto.

**WHEREFORE**, Plaintiff Jones respectfully requests that the Court quash each defective subpoena and cancel the depositions as noticed, order that Defendants schedule any subsequent depositions in accordance with the Federal and Local Rules, allowing

reasonable advanced notice, and award any such other and further relief as deemed necessary.

                                                                   Respectfully Submitted,

                                                                   /s/ Lindsey J. Parker
                                                                   Lindsey J. Parker, Esq. (Bar No. 21776)
                                                                   725 Ponca Street
                                                                   Baltimore, MD 21224
                                                                   (443) 345-8388 *direct*
                                                                   (443) 335-8258 *fax*

## LOCAL RULE 104.7 CERTIFICATION

I HEREBY CERTIFY that pursuant to Federal Rule of Civil Procedure 26(c)(1) and Local Rule 104.7, I have made a good faith attempt to resolve the forgoing dispute without the necessity of court action, and have attached correspondence with opposing counsel in support thereof.

                                                                  /s/ Lindsey J. Parker
                                                                   Lindsey J. Parker

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, on this 7th day of December, 2022, a copy of the foregoing Motion to Quash Non-Party Subpoenas was electronically filed via CM/ECF and served on all counsel of record.

                                                                  /s/ Lindsey J. Parker
                                                                   Lindsey J. Parker