IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KAMILLE D. JONES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BLAIR WELLNESS CENTER, LLC, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> BLAIR WELLNESS CENTER, LLC, *et al.* ) <br> ) <br> Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KAMILLE D. JONES ) <br> ) <br> Counter-Defendant. ) <br> _____ ) | Civil Action No. 1:21-cv-02606-ADC |

**<u>DEFENDANTS'/COUNTER-PLAINTIFFS' POST-DISCOVERY STATUS REPORT</u>**

Defendants/Counter-Plaintiffs Blair Wellness Center, LLC, Matthew Edward Blair and Blair Management, LLC (collectively, "Defendants"), by and through their undersigned counsel, submit this Post-Discovery Status Report and state as follows:

**A.     Status of Discovery:** Defendants have raised the issue of difficulties incurred in noting the depositions of certain Non-Party Witnesses in Defendants' Motion for Relief Concerning Non-Party Witness Depositions (ECF No. 90). Defendants also sent an email to Plaintiff's Counsel on February 17, 2023, requesting that Plaintiff supplement her discovery responses to provide information and/or documents raised during or prior to Plaintiff's deposition on February 16, 2023.  Defendants report that discovery is otherwise complete.

B.        **Pending Motions:**  The only motion pending is Defendants' Motion for Relief Concerning Non-Party Witness Depositions (ECF No. 90), which was filed on February 16, 2023.

C.        **Dispositive Pretrial Motion:**  Defendants plan to file a motion for summary judgment.

D.        **Trial:**  This case will be tried to a jury.  Defendants believe that a trial in this case will last 5-7 days.

E.        **Settlement Negotiations:**  The Parties discussed the prospect of settlement during an earlier meet and confer conference on May 25, 2022, but have not conducted serious settlement negotiations since that time.

F.        **Settlement or ADR Conference:**  Defendants do not believe that it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dipositive pretrial motion.

G.        **Any Other Matters:**  Defendants intend to submit a proposed order for sanctions pursuant to this Court's paperless order (ECF No. 89).  There are no other matters that Defendants believe need to be brought to the Court's attention at this time.

Date:  February 17, 2023                      Respectfully submitted,

                                                    */s/ Michael E. Blumenfeld*
Michael E. Blumenfeld (Fed. Bar No. 25062)
Jeffrey T. Johnson (Fed. Bar No. 19876)
Nelson Mullins Riley & Scarborough, LLP
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Tel: 443-392-9402
Fax: 443-392-9499
Michael.Blumenfeld@nelsonmullins.com
Jeffrey.Johnson@nelsonmullins.com

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of February, 2023, a copy of the foregoing **Status Report** was served via the Court's ECF system on:

>Lindsey J. Parker (Bar No. 21776)
>725 Ponca Street
>Baltimore, MD 21224
>Tel: (443) 345-8388
>Fax: (443) 335-8258
>Lindsey.parker@pm.me

>*Counsel for Plaintiff*

*/s/ Jeffrey T. Johnson*
Michael E. Blumenfeld