IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAMILLE D. JONES | * |
| Plaintiff/Counter-Defendant, | * Civil Case No: 1:21-cv-02606-ADC |
| vs. | * |
| BLAIR WELLNESS CENTER, *et al.* | * |
| Defendants/Counter-Plaintiffs. | * |

### PLAINTIFF'S DISCOVERY STATUS REPORT

Plaintiff and Counter-Defendant, Kamille D. Jones, by and through undersigned counsel, submits the following Discovery Status Report, and states the following:

**A. Discovery Status --** Discovery is complete, notwithstanding Defendants' continuing failure to produce WhatsApp and text message communications promised during the Parties' discovery conference call on January 4th, 2023, or to provide acceptable copies or allow inspection of the multitude of documents Plaintiff's counsel enumerated and identified as illegible upon receiving Defendants' collective heap[1] of unidentified, uncategorized, and otherwise unverified documents of uncertain origin.

---

[1] The term "production" would connote a degree of effort and care Plaintiff's counsel could never rightfully attribute to "Defendant BWC Fist[sic] Doc Production.pdf," which was a remarkable fifty-five days late in addition to being absolute trash.

**B. Pending Motions --** The only motion pending is Defendants' Motion for Relief (ECF No. 90) filed while Defendants were conducting Plaintiff's deposition on February 16, 2023.

**C. Dispositive Pretrial Motions—** Plaintiff intends to file motions for judgment on the pleadings and for summary judgment.

**D. Trial—** Plaintiff requests a jury trial on all issues triable as such. Plaintiff estimates that a trial in this case would last 3-5 days.

**E. Settlement Negotiations—** At the outset of the Parties' May 2022 discovery conference, defense counsel relayed that Mr. Blair was simply "not interested" in settling, to which Plaintiff's counsel replied they "figured as much." Therein lies the full extent of the Parties' settlement negotiations through to the present[2].

**F. Settlement or ADR Conference—** Plaintiff firmly believes that referral to another judge of this court for a settlement or other ADR conference, preferably before the resolution of dispositive pretrial motions, would indeed prove helpful in this case.

---

[2] Defendants' "offer of mutual walkaway" was never an offer in any meaningful sense and lacked any semblance of consideration. Plaintiff already had her same ability to voluntarily withdraw from the action, and Defendants were already required to file any compulsory counterclaims they had at the time.

G. **Additional Matters** — Plaintiff intends to move forward with a motion to compel in response to Defendants' improper objections to Plaintiff's requests for admission.

Respectfully Submitted,

*Lindsey Parker*

Lindsey J. Parker (Bar No. 21776)
725 Ponca Street
Baltimore, MD 21224
(443) 345-8388 *direct*
(443) 335-8258 *fax*
Lindsey.parker@pm.me
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, on February 24, 2023, a copy of the foregoing Discovery Status Report was electronically filed via CM/ECF and served on all counsel of record.

Respectfully Submitted,

*Lindsey Parker*

Lindsey J. Parker