# Noelle Goddard

From: **Jeffrey Johnson**
jeffrey.johnson@nelsonmullins.com 

To: Lindsey J. Parker, Esq. +1

Legal

---

Lindsey,

We have elected not to proceed with Ms. Goddard's deposition tomorrow.  Please confirm receipt of this email so that I know you are aware of the cancellation.

Thanks,

Jeff

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.