IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KAMILLE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:21-cv-02606-ADC |
| | ) | |
| BLAIR WELLNESS CENTER, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| BLAIR WELLNESS CENTER, LLC, *et al.* | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KAMILLE D. JONES | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| _____ | ) | |

**INDEX OF EXHIBITS TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR RELIEF CONCERNING NON-PARTY WITNESS DEPOSITIONS**

| Exhibit | Description |
|---|---|
| A | September 2022 Emails Between Jeffrey Johnson and Lindsey J. Parker |
| B | November 18, 2022 Email from Jeffrey Johnson to Lindsey J. Parker |
| C | November 27, 2022 Email from Jeffrey Johnson to Lindsey J. Parker |
| D | December 6, 2022 Email from Jeffrey Johnson to Lindsey J. Parker |
| E | December 28, 2022 Email from Jeffrey Johnson to Lindsey J. Parker |
| F | January 19, 2023 Email from Jeffrey Johnson to Lindsey J. Parker |
| G | Excerpts of Deposition of Erik Spangler |
| H | November 28, 2022 Email from Jeffrey Levy |
| I | Excerpts of Deposition of Kamille D. Jones |