# EXHIBIT A

# Jeffrey Johnson

**From:** Jeffrey Johnson
**Sent:** Wednesday, September 14, 2022 9:51 PM
**To:** Lindsey J. Parker, Esq.
**Cc:** Michael Blumenfeld
**Subject:** RE: Kamille Jones v. Blair Wellness et al.

Since yours and your client's availability seem more limited than ours, please let us know a few dates that work for you and your client in late September/early October. As I mentioned before, we will likely need the better part of a day for your client's deposition, so we cannot start any later than 1 p.m.

==We will set the third party depositions more than week out so that you can shift your schedule.== If there are any dates that you know you can't do in the next month or so, please let us know.



**NELSON MULLINS**

JEFFREY JOHNSON  SENIOR ASSOCIATE
jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600
BALTIMORE, MD 21201
T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**From:** Lindsey J. Parker, Esq. <lindsey.parker@pm.me>
**Sent:** Wednesday, September 14, 2022 3:36 PM
**To:** Jeffrey Johnson <jeffrey.johnson@nelsonmullins.com>
**Cc:** Michael Blumenfeld <Michael.Blumenfeld@nelsonmullins.com>
**Subject:** RE: Kamille Jones v. Blair Wellness et al.

Good afternoon,

I received your email the morning of Monday September 12th regarding Ms. Jones's availability for a September 20th deposition and my general availability for an unknown number of depositions the rest of the week. Ms. Jones's work schedule is set two weeks out, and while she has requested time off, she has yet to receive approval. As for my general availability, I work for the government from 8:30-5:00 pm Monday through Friday. ==So unless I have a reasonable amount of notice (a week minimum) of specific events around which to shift my schedule, excepting calls/meetings of an hour or less, I am presumptively unavailable during business hours during the week.==

Plaintiff is amenable to an extension of discovery in light of the protracted issues you mentioned previously. As previously indicated, Plaintiff consents to obtaining a copy of any expungement paperwork, and we will accept service via email.

Thanks,

**Lindsey J. Parker, Esq.** (They/Them)
725 Ponca Street

1

Baltimore, MD 21224
(443) 345-8388 *Direct*
(443) 335-8258 *Fax*

CONFIDENTIAL & PRIVILEGED: This is an attorney communication. This communication is intended only for the recipient(s) named above and may contain information that is privileged, confidential, or otherwise exempt from disclosure under law. If you have received this communication in error, you are hereby notified that any copying, transmission, or other distribution of this communication, or any disclosure or use of the information contained herein, is strictly prohibited. If you are not the intended addressee of this communication, please note that your review, use, distribution, or copying of this message, and your reliance upon its contents without the express written permission of the attorney or sender is strictly prohibited. Please notify the sender by telephone or return email and then delete this communication from your servers. Thank you.

------- Original Message -------
On Tuesday, September 13th, 2022 at 8:46 PM, Jeffrey Johnson <jeffrey.johnson@nelsonmullins.com> wrote:

Lindsey,

We proposed September 20 for your client's deposition and asked for your availability for third party witness depos a few days ago, but have not heard anything back.  We would also like to know whether we can indicate Plaintiff's consent to our request for access to the records from the theft case, as I noted in my email yesterday afternoon.

Given that these items are still outstanding – and in light of the protracted MTD and pleading issues in this case – we intend to ask the court for an extension of the discovery deadline later this week.  Please let us know if Plaintiff is inclined to consent to an extension and we will provide a draft motion for your review.

Thanks,

Jeff



NELSON MULLINS

JEFFREY JOHNSON   SENIOR ASSOCIATE

jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600

BALTIMORE, MD 21201

T 443.392.9430   F 443.392.9499

NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Jeffrey Johnson
**Sent:** Monday, September 12, 2022 4:35 PM
**To:** Lindsey J. Parker, Esq. <lindsey.parker@pm.me>
**Cc:** Michael Blumenfeld <Michael.Blumenfeld@nelsonmullins.com>
**Subject:** RE: Kamille Jones v. Blair Wellness et al.

Hi Lindsey,

I am writing to also circle back on our earlier conversation regarding the release/petition filed by Ms. Jones to obtain expungement of the records in the theft case. Based on our research, we need an order from the Baltimore City District Court where the criminal case was pending to have access to the petition for expungement. Given that Plaintiff does not appear to dispute that we are entitled to a copy of the petition and/or release filed to obtain expungement, we would like to indicate Plaintiff's consent to our filing in the Baltimore City District Court. Thus, please advise if 1) we can indicate that Plaintiff consents to us obtaining a copy of the petition and release for expungement (which we will of course provide to Plaintiff as well), and 2) whether you will accept service of our filing in the Baltimore City District Court on behalf of Ms. Jones via email.

Thanks,

Jeff

# NELSON MULLINS

JEFFREY JOHNSON   SENIOR ASSOCIATE

jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600

BALTIMORE, MD 21201

T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Jeffrey Johnson
**Sent:** Sunday, September 11, 2022 11:12 AM
**To:** Lindsey J. Parker, Esq. <lindsey.parker@pm.me>
**Cc:** Michael Blumenfeld <Michael.Blumenfeld@nelsonmullins.com>
**Subject:** RE: Kamille Jones v. Blair Wellness et al.

I assumed you were holding the two dates you offered previously. How about September 20? Please also advise when you can be available for the depositions of other witnesses that week.

# NELSON MULLINS

JEFFREY JOHNSON   SENIOR ASSOCIATE

jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600

BALTIMORE, MD 21201

T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Lindsey J. Parker, Esq. <lindsey.parker@pm.me>
**Sent:** Saturday, September 10, 2022 7:08 PM
**To:** Jeffrey Johnson <jeffrey.johnson@nelsonmullins.com>
**Cc:** Michael Blumenfeld <Michael.Blumenfeld@nelsonmullins.com>
**Subject:** Re: Kamille Jones v. Blair Wellness et al.

Alternatively, Ms. Jones is free Friday the 16th after 5pm. Please advise.

4

-Lindsey

On Sat, Sep 10, 2022 at 7:00 PM, Lindsey J. Parker, Esq. <lindsey.parker@pm.me> wrote:

Good evening,

It goes without saying that our fairly open availability for the 15th/16th indicated a full week ago presupposed having as reasonable advance notice as possible. It is deeply unreasonable to only just now receive notice on a Saturday evening for a Thursday deposition.1pm on Thursday the 15th is not a time that works for me, and having heard absolutely nothing from you all this week regarding scheduling or timing whatsoever, neither myself nor Ms. Jones are able to make the last minute scheduling adjustments this late-scheduled deposition would require. Please propose, within the next few days, some times and dates for the week of the 19th so that we may plan our availability accordingly.

Thank you,

**Lindsey J. Parker, Esq.** (They/Them)

725 Ponca Street

Baltimore, MD 21224

(443) 345-8388 *Direct*

(443) 335-8258 *Fax*

CONFIDENTIAL & PRIVILEGED: This is an attorney communication. This communication is intended only for the recipient(s) named above and may contain information that is privileged, confidential, or otherwise exempt from disclosure under law. If you have received this communication in error, you are hereby notified that any copying, transmission, or other distribution of this communication, or any disclosure or use of the information contained herein, is strictly prohibited. If you are not the intended addressee of this communication, please note that your review, use, distribution, or copying of this message, and your reliance upon its contents without the express written permission of the attorney or sender is strictly prohibited. Please notify the sender by telephone or return email and then delete this communication from your servers. Thank you.

Sent from Proton Mail for iOS

On Sat, Sep 10, 2022 at 2:58 PM, Jeffrey Johnson <jeffrey.johnson@nelsonmullins.com> wrote:

> Hi Lindsey,
>
> Please see attached answers to interrogatories from Defendants Blair Wellness Center, LLC and Matthew Blair. I apologize for the delay in getting these out.
>
> I have also attached a notice of deposition for Plaintiff on this Thursday, September 15. You mentioned that Ms. Jones was available in the afternoon, so we have noted the deposition for 1 p.m. While we can start the deposition in the afternoon, please ensure that your client does not have any other commitments that evening, as there is a lot to cover during her deposition and we may need to utilize the entire allotment of time under the federal rules.
>
> ==We are also looking at noting the depositions of several of the persons identified in Plaintiff's interrogatory answers for the week of September 19. Please let us know what days/times do not work for you that week, so that we can begin serving deposition notices.==
>
> Thanks,
>
> Jeff
>
> 
> NELSON MULLINS
>
> JEFFREY JOHNSON  SENIOR ASSOCIATE
>
> jeffrey.johnson@nelsonmullins.com
>
> 100 S. CHARLES STREET | SUITE 1600
>
> BALTIMORE, MD 21201
>
> T 443.392.9430   F 443.392.9499