# EXHIBIT B

## Jeffrey Johnson

| | |
|---|---|
| **From:** | Jeffrey Johnson |
| **Sent:** | Friday, November 18, 2022 4:38 PM |
| **To:** | Lindsey J. Parker, Esq. |
| **Cc:** | Michael Blumenfeld; Mina Ali |
| **Subject:** | RE: Defendants' Continued Discovery Failures- Jones v. Blair Wellness |
| **Attachments:** | Matthew Blair Response to Plt's First RFP-final.pdf; Blair Wellness Response to Plt's First RFP-final.pdf; Blair Management Response to Plt's First RFP -final.pdf; 2022-10-17 Court Notice of the Expungement Hearing on Nov. 28 2022.pdf |

Lindsey,

I am attaching responses to requests for production on behalf of Blair Management, Blair Wellness and Mr. Blair. My assistant, Mina Ali, will be sending you a separate download link with our document production shortly.

I am also attaching a hearing notice regarding our motion for access to the petition for expungement submitted by Ms. Jones in the criminal matter. It did not appear that this notice was sent to you by the Court.

As you know, we would like to take Ms. Jones' deposition and need dates that work for you and your client. While we are okay starting the deposition around noon at the latest, we may need the entire 7 hour allotment to cover everything with Ms. Jones. We are also going to be noting depositions of several of the third-party witnesses identified by Ms. Jones. If there are any dates that do not work for you between now and the discovery deadline for those depositions, please let us know.

Thanks,

Jeff



**NELSON MULLINS**

JEFFREY JOHNSON  SENIOR ASSOCIATE
jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600
BALTIMORE, MD 21201
T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**From:** Lindsey J. Parker, Esq. <lindsey.parker@pm.me>
**Sent:** Wednesday, November 16, 2022 11:35 AM
**To:** Jeffrey Johnson <jeffrey.johnson@nelsonmullins.com>
**Cc:** Michael Blumenfeld <Michael.Blumenfeld@nelsonmullins.com>
**Subject:** Defendants' Continued Discovery Failures- Jones v. Blair Wellness

◄External Email► - From: lindsey.parker@pm.me

1

Counselors,

I tried reaching out to your office by phone this past Friday but failed to reach you. Please accept this follow-up email as an additional good faith attempt to obtain your clients' grossly delinquent responses to Plaintiff's requests for production of documents propounded August 26th. Your previous emails asserted that defendants' lack of responses were due to not having the protection of the proposed confidentiality order, so it is presently unclear why we have still yet to receive a single document or even a written response from any of the defendants considering that the Court ultimately issued the order as requested. Additionally, Defendants' Answers to Interrogatories are deficient and will be addressed in detail under separate cover.

Thanks,

**Lindsey J. Parker, Esq.** (They/Them)
725 Ponca Street
Baltimore, MD 21224
(443) 345-8388 *Direct*
(443) 335-8258 *Fax*

CONFIDENTIAL & PRIVILEGED: This is an attorney communication. This communication is intended only for the recipient(s) named above and may contain information that is privileged, confidential, or otherwise exempt from disclosure under law. If you have received this communication in error, you are hereby notified that any copying, transmission, or other distribution of this communication, or any disclosure or use of the information contained herein, is strictly prohibited. If you are not the intended addressee of this communication, please note that your review, use, distribution, or copying of this message, and your reliance upon its contents without the express written permission of the attorney or sender is strictly prohibited. Please notify the sender by telephone or return email and then delete this communication from your servers. Thank you.

Sent with Proton Mail secure email.