# EXHIBIT C

# Jeffrey Johnson

| | |
|---|---|
| **From:** | Jeffrey Johnson |
| **Sent:** | Sunday, November 27, 2022 8:33 PM |
| **To:** | Lindsey J. Parker, Esq. |
| **Cc:** | Michael Blumenfeld |
| **Subject:** | Kamille Jones v. Blair Wellness et al. |
| **Attachments:** | Baker Subpoena Packet - 4855-6098-5152 1.pdf; Spangler Subpoena Packet - 4891-5130-9376 1.pdf; Nessel Subpoena Packet - 4863-9997-7024 1.pdf |

Counsel,

The attached subpoena packets will be served tomorrow.

Thanks,

Jeff


NELSON MULLINS

JEFFREY JOHNSON  SENIOR ASSOCIATE
jeffrey.johnson@nelsonmullins.com
100 S. CHARLES STREET | SUITE 1600
BALTIMORE, MD 21201
T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

1