# EXHIBIT D

**Jeffrey Johnson**

| | |
|---|---|
| From: | Jeffrey Johnson |
| Sent: | Tuesday, December 6, 2022 8:48 PM |
| To: | Lindsey J. Parker, Esq. |
| Cc: | Michael Blumenfeld |
| Subject: | RE: Kamille Jones v. Blair Wellness et al. |

Counsel,

In the event that the Court approves an extension of the discovery deadline, we will reschedule Plaintiff's deposition for December 21. I assume, given that this is more than two weeks out, that this date works for you and your client. Until there is an extension of the discovery deadline, we are holding the deposition date of December 12.

We will also be looking to schedule the depositions of third party witnesses Spangler, Goddard, Nessel, Baker, Cash, King and Kevin Jones for January 3-4, 10-11, and 16-18. Given that these dates are also more than two weeks out, I assume that these dates will work for you and your client. Please advise if you are authorized to accept service on behalf of any of these witnesses.

Thanks,

Jeff


NELSON MULLINS

JEFFREY JOHNSON   SENIOR ASSOCIATE
jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600
BALTIMORE, MD 21201
T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Jeffrey Johnson
**Sent:** Saturday, December 3, 2022 2:47 PM
**To:** Lindsey J. Parker, Esq. <lindsey.parker@pm.me>
**Cc:** Michael Blumenfeld <Michael.Blumenfeld@nelsonmullins.com>; Mina Ali <mina.ali@nelsonmullins.com>
**Subject:** RE: Kamille Jones v. Blair Wellness et al.

We mailed a copy of the deposition notice for Ms. Jones to you earlier this week. Given your representation that service on you is sufficient, please consider the deposition notice served. If the Court grants an extension of the discovery deadline, we will consider moving the deposition to a later date that works for us. If you change your mind and want to provide a few dates that work for Ms. Jones later this month, we will attempt to work with you on scheduling.

Ms. Nessel was served earlier in the week. As of this email, she has not raised any issue with the date selected. If you are authorized to accept service on behalf of Ms. Baker or Mr. Spangler, please let us know.

1