# EXHIBIT E

## Jeffrey Johnson

| | |
|---|---|
| **From:** | Jeffrey Johnson |
| **Sent:** | Wednesday, December 28, 2022 4:41 PM |
| **To:** | Lindsey J. Parker, Esq. |
| **Cc:** | Michael Blumenfeld |
| **Subject:** | Kamile Jones v. Blair Wellness Depositions |
| **Attachments:** | 2022-12-20 Blair Wellness - Notice of Deposition Kamille D. Jones for 1-3-22 - 4879-7362-2085 1.pdf; 2022-12-28 Jones -UPDATED Spangler Subpoena Packet for 1-17-23 - 4870-4658-0551 1.pdf; 2022-12-29 Jones - Jones Sr. Subpoena Packet for 1-18-23 - 4867-7290-1959 2.pdf; 2022-12-28 Jones - Goddard Subpoena Packet for 1-18-23 - 4879-2980-9223 1.pdf; 2022-12-28 Jones -Baker Subpoena Packet for 1-17-23 - 4881-5387-6039 1.pdf |

Counsel,

Please see attached copies of depositions for third party witnesses which will be served tomorrow. Again, if you authorized to accept service on behalf of any of these witnesses, please let us know.

I am also attaching a courtesy copy of the deposition notice for Ms. Jones' deposition rescheduled for January 3 (as noted in my email on December 16), which was mailed to your office on December 20. As I offered in my email on December 16, we will consent to accept service of all future discovery via email, provided that Plaintiff will likewise agree to accept service in this manner.

Thanks,

Jeff

## NELSON MULLINS

**JEFFREY JOHNSON**  SENIOR ASSOCIATE
jeffrey.johnson@nelsonmullins.com

100 S. CHARLES STREET | SUITE 1600
BALTIMORE, MD 21201
T 443.392.9430   F 443.392.9499
NELSONMULLINS.COM   VCARD   VIEW BIO

1