# EXHIBIT F

# Jeffrey Johnson

**From:** Jeffrey Johnson
**Sent:** Thursday, January 19, 2023 5:57 PM
**To:** Lindsey J. Parker, Esq.
**Cc:** Michael Blumenfeld
**Subject:** Third Party Witness Depo Dates

Counsel,

We intend to re-note/note the depositions of third party witnesses Kevin Jones, Jazz Baker and Erik Spangler and note depositions for Kendall Cash and Rain Bolero for February 13-15. We will try to put two witnesses on the same day (one at 10 a.m. and one at 2 p.m.). Please let us know if any of these dates do not work for you. Again, please also let us know if you are authorized to accept service on behalf any of these witnesses or have better contact information for Jones, Baker and Spangler, as we have made numerous attempts to contact/serve them without success.

Thanks,

Jeff

1