# EXHIBIT H

# Jeffrey Johnson

| | |
|---|---|
| **From:** | Mina Ali |
| **Sent:** | Tuesday, November 29, 2022 1:41 PM |
| **To:** | Vincent Piazza; David Felter |
| **Cc:** | Jeffrey Johnson |
| **Subject:** | RE: FW: updates |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

**From:** Vincent Piazza <vpiazza@capitolprocess.com>
**Sent:** Tuesday, November 29, 2022 11:20 AM
**To:** Mina Ali <mina.ali@nelsonmullins.com>; David Felter <dfelter@capitolprocess.com>
**Subject:** Fwd: FW: updates

◄External Email► - From: vpiazza@capitolprocess.com

Mina, you can see below the notes our guy up in Baltimore gave us on the two for last night. He plans on going back again this evening. We will keep you updated. Please keep checking on which apartment number at that house you think she lives in which sort of doesn't really matter because we only have one door to knock one although there is a second door also and if there are any phone numbers to contact these people would be great.

Thanks


Vincent "Vinnie" A. Piazza

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

C: (301) 466-4359, F: (202) 667-0050




---------- Forwarded message ---------
From: **David Felter** <dfelter@capitolprocess.com>
Date: Tue, Nov 29, 2022, 11:06 AM
Subject: FW: updates
To: Vincent Piazza <vpiazza@capitolprocess.com>

1

David Felter

Capitol Process Services, Inc.

1827 18th Street, NW

Washington, DC 20009

O: (202) 667-0050

info@capitolprocess.com


**Voted Best Process Server in the DC/Metropolitan Area 8 Years in a Row**


**From:** Jeffrey Levy <snappyprocess@gmail.com>
**Sent:** Monday, November 28, 2022 7:44 PM
**To:** info@capitolprocess.com
**Subject:** updates


==#1611164- 11/28 @ 5:50 pm, , 3 mailboxes and 2 doorbells on the front porch. no answer, Side door is unit #1, no answer.==

#1611161- 11/28 @ 6:05 pm, No answer,  Outer door is locked , basement light is on


thanks

Jeffrey




--

**Jeffrey Levy**

**Snappy Process Services**

P.O. Box 5880

Baltimore MD 21282

Cell:  410-971-0122

2

# Jeffrey Johnson

| | |
|---|---|
| **From:** | Mina Ali |
| **Sent:** | Tuesday, November 29, 2022 1:41 PM |
| **To:** | Vincent Piazza; David Felter |
| **Cc:** | Jeffrey Johnson |
| **Subject:** | RE: FW: updates |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

**From:** Vincent Piazza <vpiazza@capitolprocess.com>
**Sent:** Tuesday, November 29, 2022 11:20 AM
**To:** Mina Ali <mina.ali@nelsonmullins.com>; David Felter <dfelter@capitolprocess.com>
**Subject:** Fwd: FW: updates

◄External Email► - From: vpiazza@capitolprocess.com

Mina, you can see below the notes our guy up in Baltimore gave us on the two for last night. He plans on going back again this evening. We will keep you updated. Please keep checking on which apartment number at that house you think she lives in which sort of doesn't really matter because we only have one door to knock one although there is a second door also and if there are any phone numbers to contact these people would be great.

Thanks


Vincent "Vinnie" A. Piazza

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

C: (301) 466-4359, F: (202) 667-0050




---------- Forwarded message ---------
From: **David Felter** <dfelter@capitolprocess.com>
Date: Tue, Nov 29, 2022, 11:06 AM
Subject: FW: updates
To: Vincent Piazza <vpiazza@capitolprocess.com>

1

David Felter

Capitol Process Services, Inc.

1827 18th Street, NW

Washington, DC 20009

O: (202) 667-0050

info@capitolprocess.com

**Voted Best Process Server in the DC/Metropolitan Area 8 Years in a Row**

**From:** Jeffrey Levy <snappyprocess@gmail.com>
**Sent:** Monday, November 28, 2022 7:44 PM
**To:** info@capitolprocess.com
**Subject:** updates

#1611164- 11/28 @ 5:50 pm, , 3 mailboxes and 2 doorbells on the front porch. no answer, Side door is unit #1, no answer.

#1611161- 11/28 @ 6:05 pm, No answer,  Outer door is locked , basement light is on

thanks

Jeffrey

--

**Jeffrey Levy**

**Snappy Process Services**

P.O. Box 5880

Baltimore MD 21282

Cell:  410-971-0122

2