IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KAMILLE D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:21-cv-02606-ADC |
| | ) | |
| BLAIR WELLNESS CENTER, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| BLAIR WELLNESS CENTER, LLC, *et al.* | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KAMILLE D. JONES | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| _____ | ) | |

### [REVISED] PROPOSED ORDER

Upon review and consideration of Defendants' Motion for Relief Concerning Non-Party Witness Depositions (the "Motion"), any Opposition thereto, any Reply, the applicable law, and the record in this case, it is this _____ day of _____, 2023, hereby

**ORDERED** that Defendants' Motion be and hereby is **GRANTED**; and it is further

**ORDERED,** that the deadline for completion of discovery is extended until _____, 2023, for the limited purpose of conducting the depositions of Kevin Jones, Sr., and Selena J. Baker (aka Jazz Baker).

**ORDERED**, that the deadline for submission of dispositive motions is extended until 30 days after the deadline for completion of discovery (or the following business day if the deadline falls on a weekend or Court-recognized holiday).

**ORDERED,** that Defendants are permitted to serve Kevin Jones, Sr. and Selena J. Baker (aka Jazz Baker) with a subpoena and notice of deposition by posting it on their residence and by sending the subpoena and notice of deposition to their residence by Federal Express or first-class mail.

**ORDERED,** that Plaintiff is prohibited from relying on the testimony of Kendall Cash (whether via affidavit, declaration, signed statement or in-person testimony) unless and until he is made available for deposition by Defendants.

**IT IS SO ORDERED.**

                                                    The Honorable A. David Copperthite
United States District Court
for the District of Maryland

cc:   All parties of record