IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KAMILLE D. JONES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BLAIR WELLNESS CENTER, LLC, *et al.* )<br>)<br>Defendants. )<br>_____ )<br>)<br>BLAIR WELLNESS CENTER, LLC, *et al.* )<br>)<br>Counter-Plaintiffs, )<br>)<br>v. )<br>)<br>KAMILLE D. JONES )<br>)<br>Counter-Defendant. )<br>_____ ) | Civil Action No. 1:21-cv-02606-ADC |

## ORDER

Upon review and consideration of Defendants' unopposed Correspondence requesting sanctions against Plaintiff and her Counsel (ECF No. 87), the applicable law, and the record in this case, it is this 9th day of March, 2023, hereby

**ORDERED** that Plaintiff Kamille D. Jones and Plaintiff's Counsel shall pay to Defendants Blair Wellness Center, LLC, Blair Management, LLC and Matthew Edward Blair $2,190.00 ($200 for service fee, $295 for cancellation fee, $1,695 for attorneys fees) as sanctions for failing to cooperate and obstructing the scheduling of Plaintiff's deposition, and Plaintiff's failure to appear for a deposition properly noticed for January 3, 2023.

**IT IS SO ORDERED.**

_____
Honorable A. David Copperthite
United States Magistrate Judge